UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04CV230-MU-02

| | |
|---|---|
| DAVID HENRY MILLER,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CURTIS STURGILL, et. al.,  )<br>)<br>Defendants.  ) | **ORDER SUBSTITUTING COUNSEL** |

THIS MATTER is before the Court on the motion of the Attorney General to substitute Assistant Attorney General Yvonne B. Ricci as counsel of record for Defendants Sturgill, South, and Cothron. For good cause shown, it is

ORDERED that the substitution shall be made by the Clerk and the Court file shall henceforward reflect that Assistant Attorney General Ricci is counsel of record for Defendants Sturgill, South, and Cothron.

**Signed: September 28, 2005**

Graham C. Mullen
Chief United States District Judge